## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  08 B 28139 |
| **DNA GENERAL CONTRACTING CO.,** | ) | Honorable John H. Squires |
| | ) | Motion Date: September 21, 2009 |
| Reorganized Debtor. | ) | Motion Time:  10:00 a.m. |

### NOTICE OF MOTION

TO:   William T. Neary                                        Karen R. Goodman
        Office of the US Trustee                             Shefsky & Froelich, Ltd.
        219 S. Dearborn, Suite 873                        111 East Wacker Drive, Suite 2800
        Chicago, Illinois 60606                               Chicago, IL 60601

PLEASE TAKE NOTICE THAT on **September 21, 2009**, at the hour of **10:00 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John H. Squires of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 680 at 219 South Dearborn, Chicago, Illinois.  and present **MOTION FOR ENTRY OF FINAL DECREE ORDER.** A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

### AFFIDAVIT OF SERVICE

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion was served upon the person to whom it is addressed by electronically filing it with the Court using the CM/ECF system, which sent notice to all parties of interest participating in the CM/ECF system on September 14, 2009.

                                                                            /s/*Beverly A. Berneman*              _
                                                                                  Beverly A. Berneman

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 08 B 28139 |
| **DNA GENERAL CONTRACTING CO.,** | ) | Honorable John H. Squires |
| | ) | Motion Date: September 21, 2009 |
| **Reorganized Debtor.** | ) | Motion Time: 10:00 a.m. |

**MOTION FOR ENTRY OF**
**FINAL DECREE ORDER**

Debtor, DNA GENERAL CONTRACTING, CO., ("Reorganized Debtor") by and through its attorneys, QUERREY & HARROW, LTD., moves this Court for entry of a final decree order and respectfully represents to the Court as follows:

1. On October 20, 2008, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On July 13, 2009 this Court entered an order confirming Debtor's Plan. The Plan calls a 10% distribution to creditors holding allowed general unsecured claims.

3. Debtor has made initial distributions under the Plan which was filed with this Court **[Docket No. 86]**, see attached.

4. There are no further matters for this Court to administrate.

WHEREFORE, Reorganized Debtor, DNA GENERAL CONTRACTING, CO.,, prays as follows:

A. That this Court enter a final decree order; and

B. For such other and further relief as this Court deems just and proper.

                                                  DNA GENERAL CONTRACTING, CO.,

                                                  /s/ *Beverly A. Berneman*
                                                    Beverly A. Berneman
                                                    One of its attorneys

QUERREY & HARROW, LTD.
Attorney for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000