**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No.  08 B 28139 |
| **DNA GENERAL CONTRACTING CO.,** | ) | Honorable John H. Squires |
| | ) | Motion Date: September 29, 2009 |
| Reorganized Debtor. | ) | Motion Time:  10:00 a.m. |

## AMENDED NOTICE OF MOTION

TO:    See attached Service List

     PLEASE TAKE NOTICE THAT on **September 29, 2009**, at the hour of **10:00 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John H. Squires of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 680 at 219 South Dearborn, Chicago, Illinois and present **AMENDED MOTION FOR ENTRY OF FINAL DECREE ORDER.** A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

## AFFIDAVIT OF SERVICE

     I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion was served upon the person to whom it is addressed by mailing a copy of the same to them at their address and depositing the same in the United States Mail at 175 W. Jackson Boulevard, Chicago, Illinois on September 21, 2009, with proper postage prepaid.

                                                        /s/Beverly A. Berneman
                                                          Beverly A. Berneman

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

**Service List**

OFFICE OF THE US TRUSTEE
219 S. Dearborn, Suite 873
Chicago, Illinois 60604

Chicago Copper & Iron Works, Inc.
3118 N. Clybourn Ave.
Chicago, IL 60618

Integrated Electronics, Inc.
1163 E. Ogden Ave.
Suite 705-132
Naperville, IL 60563

John and Alberta Antweiler
Cheryl L Taglia, Shefsky & Froelich
111 E. Wacker Drive, #2800
Chicago, IL 60601

John C. and Alberta G. Antweiler
1658 Mission Hills Rd.
Northbrook, IL 60062

Lexus Financial
PO Box 4102
Carol Stream, IL 60197-4102

Meyer Electrical Construction Inc.
PO Box 220578
Chicago, IL 60622

Michael R. Eiben, AIA
79 W. Monroe Street, Suite 1027
Chicago IL 60603-0000

William Regan Plumbing Company
1321 W. Glenlake Ave.
Chicago, IL 60660