## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 08 B 28139 |
| DNA GENERAL CONTRACTING CO., | ) | Honorable John H. Squires |
| | ) | |
| Debtor. | ) | |

## FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on status of the above captioned matter, the Court being duly advised in the premises and it appearing to the Court that:

1. On October 20, 2008, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On July 13, 2009 this Court entered an order confirming Debtor's Plan. The Plan calls a 10% distribution to creditors holding allowed general unsecured claims.

3. Debtor has made initial distributions under the plan, all as is more fully set forth on the Report of Distribution attached to Debtor's Motion for Entry of a Final Decree Order.

4. There are no further outstanding or pending matters before this Court.

IT IS HEREBY ORDERED that:

The Final Decree is hereby entered.

Dated: **SEP 29 2009**

Enter: _/s/ John H. Squires_

Bankruptcy Judge

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7000